# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FRANK SPRIGGS                                                            PETITIONER

V.                          NO. 4:16cv00721-JM-JTR

STATE OF ARKANSAS                                      RESPONDENT

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, *Doc. 1*, is DENIED, and that this case is DISMISSED without prejudice. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 12th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE