IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANK SPRIGGS                                                                                    PETITIONER

V.                                     NO. 4:16cv00721-JM-JTR

STATE OF ARKANSAS                                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 12th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE